PROB12A (3/16)

# UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF WISCONSIN
### REPORT ON OFFENDER UNDER SUPERVISION / JUDICIAL ACTION REQUESTED

**Name of Offender:** Robert L. Coney  
Monona, Wisconsin

**Case Number:** 20-cr-80-wmc-1

**Name of Sentencing Judicial Officer:** Honorable William M. Conley

**Date of Original Sentence:** August 19, 2022

**Offense:** Felon in Possession of Ammunition, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a), a Class C felony

**Original Sentence:** 15-months imprisonment, to be followed by a 3-year term of supervised release

**Type of Supervision:** Supervised release

**Date Supervision Commenced:** October 18, 2022

---

☒ To suspend Special Condition No. 16 requiring that Mr. Coney spend the first 180 days in a residential reentry center.

## CAUSE

On October 18, 2022, Mr. Coney was released from the Bureau of Prisons' (BOP) custody to begin his term of supervised release after receiving time credit for good conduct. Due to Mr. Coney receiving good-time credit, he was released prior to BOP placement at a residential reentry center. Upon his release, he secured stable housing with his mother in Monona, Wisconsin. On October 26, 2022, a home investigation was completed by the undersigned officer. The residence appears to be appropriate for Mr. Coney, and his mother is supportive and amenable to his conditions of supervised release. Due to Mr. Coney having an approved residence, he is no longer in need of the transitional programs offered by the RRC. At this time, the probation office requests that Special Condition No. 16 be suspended.

**U.S. Probation Officer's Recommendation:** It is respectfully recommended that Your Honor suspend Special Condition No. 16 requiring Mr. Coney to spend the first 180 days of his term of supervised release in a residential reentry center.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 17, 2022

/s/  
Brittany M. Schwonke  
U.S. Probation Officer

THE COURT ORDERS:

☒ Suspension of Special Condition No. 16 requiring Mr. Coney reside at a residential reentry center for the first 180 days of his term of supervised release.
☐ Other

_____
Honorable William M. Conley
U.S. District Judge

November 18, 2022
Date